Case 4:23-cv-00108-TWP-KMB   Document 1   Filed 06/30/23   Page 1 of 7 PageID #: 1
4:23-cv-108-TWP-KMB

FILED
06/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# HEADING and OPENING

Tavon Jamal HYMAN

V.

SHANE J MCHENRY (sheriff) Kelly Hogg (nurse) Megan Wathen nurse practioner (official and Individual capacity).

I will like to have officer LT. RoD McGowand SRG. Gibbs To be subpoena and summons along with Any medical Request and Grievance's from account 148329, and Do to unknown change In account Information, along with General request from Both accounts. At the Dearborn county Law Enforcement center 301 W. high st. Lawrenceburg IN. 47025

2.) Whom desision to say Just because an group of people are Incarcerated that they don't deserve equality and the right to Be freed from deprivtion and have no right to have and receive the medical treatment that they need, When a human being can plainly see that a person Is suffering from lack of medical care thats called neglect when the results are so obvious. under the Constitution of the united states we have to be responsible, and should not let human beings (Dependents). Suffer from the lack of Care from their provider's. If we do and stand Back that won't make us different from other species we should hold every person accountable for Justice and Equality.

Please Grant This Hand written Lawsuit as Legal Documents and The right To Be Heard

T. Hyman

June-21-2023

The Complaint Form
United State District Court, Southern District of Indiana
Tavon Jamal Hyman (10-8-1989)(Plaintiff)
301 W. High Street, Lawrenceburg, IN 47025
VS
Shane J McHenry (Sheriff) Dearborn county Law Enforcement center
Kelly Hoog (nurse) 301 W. High Street, Lawrenceburg, IN 47025
Megan Weatherhead (nurse) Phone # 812-532-3213) (Fax 812-537-3252)
  Complaint
Civil action No.
Jurisdiction & venue

This Is a civil action authorized By 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the united state. The court has jurisdiction under 28 U.S.C Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief and authorized By 28 U.S.C Section 2283 & 2284 and rule 65 of the Federal rules of civil Procedure

2. United state District court southern District of Indiana New Albany Division Is an appropriate venue under 28 U.S.C section 391 (B)(2) because It Is where the events giving rise to this claim occurred.

II. Plaintiffs

3. Plaintiff Tavon Jamal Hyman Is and was at all time mentioned herein a prisoner of the County of Dearborn. In the state of Indiana In the custody of the Dearborn county Law Enforcement center. He Is currently confined In the Dearborn county Law Enforcement center In the city of Lawrenceburg and state of Indiana

II. Defendants

4. Defendant Shane J. McHenry sheriff of the Dearborn county Law Enforcement center is legally responsible for the overall operation of the Department and each operation of the Department and each Institution under his jurisdiction, Including The Dearborn county Law Enforcement Center.

5. Defendant Shane J. McHenry Is the sheriff of the Dearborn county Law Enforcement center he/she Is legally responsible for the operation of Dearborn county Law Enforcement Center and for the welfare of all the Inmates In that Jail.

6. Defendant Kelly Hogg Is a Nurse at the Dearborn county Law Enforcement Center she Is at all time mentioned In this complaint to my good faith an Employee with quality health care was assigned to the dearborn county Law enforcement center medical Department

7. Defendent Megan Wathen Is a nurse practitioner at the Dearborn County Law Enforcement center she Is at all time mentioned In this complaint to my good faith an Employee with Quality health care was assigned to the dearborn county Law enforcement center medical Department.

8. Each Defendant Is SUED Individually and In his/her official capacity at all times mentioned In this complaint each Defendent act under the color of state law.

III. Fact

9. I was Book- Into the Dearborn Law Enforcement center 3-2023 and have put In several health care request about my Dental care and about My heart condition. I have wrote grievance and general request trying my best to get treated adequately By

medical. I was told by health care nurse Kelly Hogg there was no Dentist and I'll be referred to provider for care. It took several health care sick calls to get to be seen by provider. I talk with Sgt Gibson, officer McGarvey, officer Whicker, officer Martin about my health care issues. I was seen by health care in May-2023 and was told by the nurse practitioner that I need my back tooth pulled but they don't have a Dentist and that they look for bumps on the gums or swelling, since they didn't see any I will not get any antibiotics for infection. I ask if I could go get xrays to show infection and was told by medical that they'll take a picture and send it to provider and never heard anything. I wrote a grievance on 05/10/2023 that was pick up by Gibbs about my issues and he told me he fwd to medical. I put another health care request in 05-2023 and was told they add me to the Dentist list and when they get a dentist I could see him/her by Kelly Hogg nurse. On June-12-2023 I spoke with LT. McGarvey and he stated that my tooth has swelling and to put in another health care request also I talk to him about my Aunt calling around to local Dentist and they either not taking clients or don't take medicaid.

10. I also have put in several health care request about my heart condition. I had open heart surgery in Aug-2022, I take medication to keep my blood pressure down, medication to keep my heart on rhythm and blood thinners also water pills. I ask to be seen by cardiologist because I'm having a lot of discomfort and pain. I was needing xrays EKG's to make sure there's nothing wrong with my body's working right. I was told by medical that xrays and EKG's

will not show. If something a wrong, the medical staff that tell them get my medical records. Find out that I could not have heart failure even knew. By doing those life saving medications. From my tooth pain and my heart pain. I'm in alot of pain sometimes my legs is Be off rhythm and flutter alot. I get hot can't move my legs right sometimes my legs feel really heavy, I can't eat sometimes nor I can't sleep from the constant pain. Megan Wathen and Kelly Hogg, Quality health care.

## IV. Legal Claims

11. Failure to protect In violation of The Eight Amendment, Fourteenth Amendment and For Deliberate Indifference and neglect to serious medical needs violated human rights and constituted a Due process violation which protects a pretrial Detainee need for medical treatment under the united states constitution.

12. The plaintiff has no given adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably Injured by the conduct of the defendants unless this court grants the declaratory and Injunctive relief which plaintiff seeks.

## V. Prayer for Relief

Wherefore, Plaintiff respectfully pray that this court enter Judgement granting plaintiff

13. A declaration that the acts and omissions described herein violated Plaintiff's rights under the constitution and laws of the united states

14. A preliminary and permanent Injunction ordering Defendants Shane J. McHenry, Kelly Hogg, Megan Wathen to give the proper

medical Treatment adequate medical care and to hire right medical personal (qualified) Doctor and to have the medical Equipment it takes to provide treatment and how to whom people who don't and to stop causing intentional pain and suffering that violates the United States Constitution knowing or unknowing the deprivation of adequate medical care violates Tavon Hyman rights to have the right to due process.

15. Compensatory damages in the amount of $100 a day started from the month and year of 04-2023 Jointly and severally.

16. Punitive damages in the amount of $100 a day against each defendant, Shane J McHenry and the amount of $100 a day against defendant Kelly Hays and the amount of $100 a day against defendant Megan Wathen. Plaintiff ask the court to make proper calculations on compensatory and punitive damages upon Judgement By the hearing court.

17. A Jury trial on all issue triable by Jury.

18. Plaintiff cost in this suit

19. Any additional relief this court deems just, proper and equitable. 06-12-2023

Respectfully submitted

Tavon Jamal Hyman, 301 west high St, Lawrenceburg, IN 47025

Verification: I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on Information and belief, and as to those, I believe them to be true I certify under penalty of Perjury that the foregoing is True and correct

Executed at Lawrenceburg, Indiana June-12-2023

T. Hyman

Tavan Jamiel HYMAN